**Order filed, June 21, 2012.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

———————

## NO. 14-12-00457-CV

———————

**CONCERT HEALTH PLAN, INC., AKA CONCERT HEALTH PLAN AKA CONCERT HEALTH PLAN INSURANCE COMPANY, Appellant**

**V.**

**HOUSTON NORTHWEST PARTNERS, LTD DBA HOUSTON NORTHWEST MEDICAL CENTER AND MULTIPLAN CORPORATION AKA MULTIPLAN, INC. AND PRIVATE HEALTHCARE SYSTEMS, INC AKA PHCS, Appellee**

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-21478**

## ORDER

The reporter's record in this case was due **June 12, 2012**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Sheri Ullrich**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM